# Notice Recipients

District/Off: 0207−1          User: fharrigan          Date Created: 11/5/2009
Case: 1−09−49716−cec          Form ID: 245             Total: 31

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| 6442188 | 01 BUREAUS INVESTMENT GRO | |
| 6442203 | HSBC CARD SERVIICES INC | |
| 6442205 | Joseph Lucciola | |
| 6442208 | MED 1 LCA LABORATORY CORP | |
| 6442209 | MED1 OLD TAPPAN PEDIATRIC | |
| 6442210 | PUBLIC SERVICE ELECTRIC | |

TOTAL: 6

**Recipients of Notice of Electronic Filing:**
tr    Debra Kramer    dkramer@kramerpllc.com, ny73@ecfcbis.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Jeffrey S Prusan | 2 Narrows Rd | Apt 2A1 | Staten Island, NY 10305 | |
| aty | Joshua N Bleichman | Bleichman &Klein | 268 Route 59 | Spring Valley, NY 10097 | |
| smg | NYS Department of Taxation &Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 | |
| smg | NYC Department of Finance | 345 Adams Street, 3rd Floor | Attn: Legal Affairs − Devora Cohn | Brooklyn, NY 11201 | |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit | Bldg. #12, Room 256 | Albany, NY 12240 | |
| smg | Diana Adams | Office of the United States Trustee | 271 Cadman Plaza East | Brooklyn, NY 11201 | |
| 6442189 | AFNI | P.O.Box 3427 | Bloomington, IL 61702 | | |
| 6442191 | ARROW FINANCIAL SERVICES | 5996 TOUHY AVE | Niles, IL 60714 | | |
| 6442190 | American Medical Collecti | 2269 South Saw Mill River | Building 3 | Elmsford, NY 10523 | |
| 6442192 | Asset Acceptance LLC | PO Box 2036 | Warren, MI 48090−2039 | | |
| 6442193 | Bank Of America | 4060 Ogletown Stan | DES−019− | Newark, DE 19713 | |
| 6442194 | C TECH COLLECTIONS | 5505 NESCONSET HWY | Mount Sinai, NY 11766 | | |
| 6442195 | Capital One Bank USA, NA | POB 30281 | Salt Lake City, UT 84130 | | |
| 6442196 | Citibank | 701 East 60th Street | Sioux Falls, SD 57104 | | |
| 6442197 | Consolidated Recovery Gro | 425 West Fifth Avenue | Suite 103 | Escondido, CA 92025 | |
| 6442198 | Deautsch Atkins | 25 Main St. Suite 104 | Hackensack, NJ 07601 | | |
| 6442199 | Eichenbaum &Stylianou | 10 Forest Avenue | PO Box 914 | Paramus, NJ 07653 | |
| 6442200 | FIA Card Services | PO Box 15028 | Wilmington, DE 19850 | | |
| 6442201 | FORT LEE FSB | 817 ABBOT BLVD | Fort Lee, NJ 07024 | | |
| 6442202 | Goldberg, Ira &Barbara | 10 Bradly Ct | Essex Fells, NJ 07021 | | |
| 6442204 | Jonathan Goodgold | 3 Becker Farm Rd | Roseland, NJ 07068 | | |
| 6442206 | LVNV Funding | P.O.Box 10584 | Greenville, SC 29603 | | |
| 6442207 | McCusker, Anslmu, Rosen | 210 Park Avenue | Florham Park, NJ 07932 | | |
| 6442211 | THE BUREAUS | 1717 CENTRAL ST | EVANSTON, IL | | |

TOTAL: 24