UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____x

In Re:                                  CHAPTER 7

Jeffrey Prusan,                         Case No. 09-49716

    Debtor.

_____x

## AFFIRMATION

I, Jeffrey Prusan, affirm under perjury, depose and say the following:

1. I am the Debtor, herein.

2. I have been unemployed for the past year.

3. I do not have any pay-stubs for the last six months because I am unemployed.

DATED: December 9,2009                /s/Jeffrey Prusan
       Spring Valley, New York            Jeffrey Prusan

Affirmed to before me this

-

/s/Joshua N. Bleichman

Notary